UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:26-CR-11-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | ORDER |
| TRAVIS D. BENNETT | | |

On motion of the defendant, Travis D. Bennett, and for good cause shown, it is hereby ORDERED that the document at Docket Entry #12 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED.

This __16__ day of June, 2026.

JAMES C. DEVER III
United States District Judge